DENNIS J. RHODES (SBN 168417)
Email: dennis.rhodes@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,**
  **EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, California  94105
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370
Attorneys for Defendant
RELIANCE STANDARD
LIFE INSURANCE COMPANY

CASSIE SPRINGER AYENI (SBN 221506)
Email:  cassie@benefitslaw.com
JEENA JIAMPETTI (SBN 251075)
Email: jeena@benefitslaw.com
**SPRINGER AYENI**
A Professional Law Corporation
1901 Harrison St., Suite 1100
Oakland, CA 94612-3648
Tel:    510.926.6768
Fax:    1.510.926.6768
Attorneys for Plaintiff,
LEONARD WITANA

Alden J. Parker, SB #196808
Email: aparker@fisherphillips.com
Christopher S. Alvarez, SB#294795
calvarez@fisherphillips.com
**FISHER & PHLLIPS LLP**
621 Capitol Mall, Suite 1400
Sacramento, CA 95814
Telephone: (916) 210-0400
Facsimile: (916) 210-0401

Melissa R. Shimizu, SB#281603
mshimizu@fisherphillips.com
**FISHER & PHILLIPS LLP**
2050 Main Street, Suite 1000
Irvine, CA 92614-8240
Telephone: (949) 851-2424
Facsimile: (949) 851-0152
*Attorneys for Defendant*
MATRIX ABSENCE MANAGEMENT, INC.

STIPULATION OF DISMISSAL WITH PREJUDICE

2469483v.1

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

LEONARD WITANA,

               Plaintiff,

    v.

MATRIX ABSENCE MANAGEMENT, INC.; RELIANCE STANDARD LIFE INSURANCE COMPANY,

               Defendants.

CASE NO.   5:20-cv-01860-SVK

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**FRCP 41**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Leonard Witana and Defendants Reliance Standard Life Insurance Company and Matrix Absence Management, Inc., by and through their attorneys of record, stipulate that this matter be dismissed with prejudice, the Parties having settled their dispute.  Each party shall bear its and his own fees and costs.

IT IS SO STIPULATED:

Dated:  August 31, 2020

    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

    By:    */s/ Dennis J. Rhodes*
           Dennis J. Rhodes
           Attorneys for Defendant
           RELIANCE STANDARD LIFE
           INSURANCE COMPANY

Dated:  August 31, 2020

    SPRINGER AYENI
    A PROFESSIONAL LAW CORPORATION

    By:    */s/ Cassie Springer Ayeni*
           Cassie Springer Ayeni
           Jeena Jiampetti
           Attorneys for Plaintiff
           LEONARD WITANA

Dated:  August 31, 2020

    FISHER & PHILLIPS LLP

    By:    */s/ Christopher S. Alvarez*
           Christopher S. Alvarez
           Attorneys for Defendant
           MATRIX ABSENCE MANAGEMENT

2469483v.1

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Dennis J. Rhodes, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated: August 31, 2020                         WILSON, ELSER, MOSKOWITZ,
                                               EDELMAN & DICKER LLP

                                        By:  /s/Dennis J. Rhodes
                                               DENNIS J. RHODES
                                               Attorneys for Defendant
                                               RELIANCE STANDARD LIFE
                                               INSURANCE COMPANY


**ORDER**

Pursuant to the stipulation of the parties, this matter is hereby dismissed with prejudice. Each side to bear its/his own fees and costs.

IT IS SO ORDERED

Dated: ___September 1___, 2020          By: _Susan van Keulen_
                                               HON. SUSAN VAN KEULEN
                                               United States Magistrate Judge

STIPULATION OF DISMISSAL WITH PREJUDICE

2469483v.1